**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

**IN RE:**                                                                                 **CASE NO.: 20-22147**
                                                                                                            **CHAPTER 13**

**Zarah Victoria Teresa Garcia,**

   **Debtor.**

_____/

**REQUEST FOR SERVICE**

       **PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of U.S. Bank Trust National Association, as Trustee of CVF III Mortgage Loan Trust II ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Robertson, Anschutz, Schneid & Crane LLC**
**10700 Abbott's Bridge Road, Suite 170**
**Duluth, GA 30097**

                                                    Robertson, Anschutz & Schneid, P.L.
                                                    Attorney for Secured Creditor
                                                    6409 Congress Ave., Suite 100,
                                                    Boca Raton, FL 33487
                                                    Telephone: 470-321-7112

                                          By: <u>/s/Sean Ferry</u>
                                                   Sean Ferry, Esquire
                                                   Email: sferry@rasflaw.com

# **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 24, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Zarah Victoria Teresa Garcia
3420 Harvey Ave.
Stockton, CA 95206

And via electronic mail to:

Kathleen H. Crist
P.O. Box 7007
Stockton, CA 95267

Russell D. Greer
PO Box 3051
Modesto, CA 95353-3051

Office of the U.S. Trustee
Robert T Matsui United States
501 I Street, Room 7-500
Sacramento, CA 95814

                                                Robertson, Anschutz & Schneid, P.L.
                                                Attorney for Secured Creditor
                                                6409 Congress Ave., Suite 100,
                                                Boca Raton, FL 33487
                                                Telephone: 470-321-7112

                                                By: /s/Sean Ferry
                                                Sean Ferry, Esquire
                                                Email: sferry@rasflaw.com