**Fill in this information to identify the case:**

Debtor 1    Zarah Victoria Teresa Garcia
           dba Ridin' Dirty
           aka Zarah Lopez
           aka Zarah Velasquez
           aka Zarah Sacramento
           aka Zarah McKean

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the __EASTERN__ District of __CALIFORNIA__

Case number __20-22147__

# Official Form 410S1
# Notice of Mortgage Payment Change      12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of CVF III Mortgage Loan Trust II

**Last 4 digits** of any number you use to identify the debtor's account: __5990__

**Court claim no.** (if known): __12-1__

**Date of payment change:** __7/1/2021__
Must be at least 21 days after date of this notice

**New total payment:** __$1,423.57__
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No.
   ■ Yes.   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
   _____
   _____

   Current escrow payment: $383.55         New escrow payment: $461.24

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ■ No
   ☐ Yes.   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:
   _____
   _____

   Current interest rate:                  New interest rate:

   Current principal and interest payment:     New principal and interest payment:

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ■ No
   ☐ Yes   Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

| Current mortgage payment | New mortgage payment: |
|---|---|

Debtor 1 <u>Zarah Victoria Teresa Garcia</u>　　　　　　　Case number *(if known)* <u>20-22147</u>
dba Ridin' Dirty
aka Zarah Lopez
aka Zarah Velasquez
aka Zarah Sacramento
aka Zarah McKean
　　　　Print Name　　Middle Name　　Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ <u>/s/ Sean Ferry</u>　　　　　Date　<u>05/12/2021</u>
　　Signature

Print　　<u>Sean Ferry</u>　　　　　　　　　　　　　　　　　Title　<u>Authorized Agent for Creditor</u>
　　　　First Name　　Middle Name　　Last Name

Company　<u>Robertson, Anschutz, Schneid & Crane LLP</u>

Address　<u>350 10th Avenue, Suite 1000</u>
　　　　　Number　Street

　　　　　<u>San Diego　　　　　　　　　　CA　　92101　　</u>
　　　　　City　　　　　　　　　　　　　　State　　ZIP Code

Contact Phone　<u>470-321-7112</u>　　　　　　　　　　　　　Email　<u>sferry@raslg.com</u>

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 12, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

ZARAH VICTORIA TERESA GARCIA
3420 HARVEY AVE.
STOCKTON, CA 95206

And via electronic mail to:

KATHLEEN H. CRIST
P.O. BOX 7007
STOCKTON, CA 95267

RUSSELL D. GREER
PO BOX 3051
MODESTO, CA 95353-3051

OFFICE OF THE U.S. TRUSTEE
ROBERT T MATSUI UNITED STATES COURTHOUSE
501 I STREET, ROOM 7-500
SACRAMENTO, CA 95814

By: /s/Rasheem Edward
    Rasheem Edward
    Email:Rjedward@raslg.com

**Shellpoint Mortgage Servicing**
Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603 0826
For Inquiries: (800) 365-7107

ANDRES VELASQUEZ
3420 Harvey Ave
Stockton CA 95206

Analysis Date: April 30, 2021
Loan:
Property Address:
3420 Harvey Ave
Stockton, CA 95206

## Annual Escrow Account Disclosure Statement - Account History

The following is an overview of your escrow account with Shellpoint Mortgage Servicing. It contains the history of escrow payments made on your behalf in the prior year, and a snapshot of the anticipated disbursements for the coming year. Any potential adjustments due to increases or decreases with your escrow items may affect your monthly escrow payment. If your escrow payment increases, your monthly payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Contractual | Effective Jul 01, 2021 | Prior Esc Pmt | October 01, 2020 | Escrow Balance Calculation | |
|---|---|---|---|---|---|---|
| P & I Pmt: | $962.33 | $962.33 | P & I Pmt: | $962.33 | Due Date: | June 01, 2020 |
| Escrow Pmt: | $383.55 | $461.24 | Escrow Pmt: | $383.55 | Escrow Balance: | $2,409.26 |
| Other Funds Pmt: | $0.00 | $0.00 | Other Funds Pmt: | $0.00 | Anticipated Pmts to Escrow: | $4,986.15 |
| Asst. Pmt (-): | $0.00 | $0.00 | Asst. Pmt (-): | $0.00 | Anticipated Pmts from Escrow (-): | $489.12 |
| Reserve Acct Pmt: | $0.00 | $0.00 | Resrv Acct Pmt: | $0.00 | | |
| Total Payment | $1,345.88 | $1,423.57 | Total Payment | $1,345.88 | Anticipated Escrow Balance: | $6,906.29 |

| Shortage/Overage Information | Effective Jul 01, 2021 |
|---|---|
| Upcoming Total Annual Bills | $5,534.88 |
| Required Cushion | $697.96 |
| Required Starting Balance | $1,131.32 |
| Escrow Shortage | $0.00 |
| Surplus | $5774.97 |

**Cushion Calculation:** Because Shellpoint Mortgage Servicing does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of 697.96. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Your lowest monthly balance should not be below 922.48 or 1/6 of the anticipated payment from the account.

This is a statement of actual activity in your escrow account from July 2020 to June 2021. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Date | Payments to Escrow Anticipated | Actual | Payments From Escrow Anticipated | Actual | | Description | Escrow Balance Required | Actual |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | 1,075.34 | (6,859.23) |
| Jul 2020 | 383.55 | 383.55 | 114.71 | | * | FHA MI | 1,344.18 | (6,475.68) |
| Jul 2020 | | | | 124.85 | * | REO LP Hazard | 1,344.18 | (6,600.53) |
| Aug 2020 | 383.55 | 383.55 | 114.71 | 114.71 | | FHA MI | 1,613.02 | (6,331.69) |
| Aug 2020 | | | | 124.85 | * | REO LP Hazard | 1,613.02 | (6,456.54) |
| Sep 2020 | 383.55 | 383.55 | 114.71 | 114.71 | | FHA MI | 1,881.86 | (6,187.70) |
| Sep 2020 | | | | 120.83 | * | REO LP Hazard | 1,881.86 | (6,308.53) |
| Oct 2020 | 383.55 | 383.55 | 114.71 | 114.71 | | FHA MI | 2,150.70 | (6,039.69) |
| Oct 2020 | | | | 124.85 | * | REO LP Hazard | 2,150.70 | (6,164.54) |
| Nov 2020 | 383.55 | 383.55 | 114.71 | 114.71 | | FHA MI | 2,419.54 | (5,895.70) |
| Nov 2020 | | | | 120.83 | * | REO LP Hazard | 2,419.54 | (6,016.53) |
| Nov 2020 | | | | 1,300.08 | * | County Tax | 2,419.54 | (7,316.61) |
| Nov 2020 | | | | 813.02 | * | Hazard | 2,419.54 | (8,129.63) |
| Dec 2020 | 383.55 | | 1,295.03 | | * | County Tax | 1,508.06 | (8,129.63) |
| Dec 2020 | | 383.55 | 114.71 | 114.71 | * | FHA MI | 1,393.35 | (7,860.79) |
| Dec 2020 | | | | 124.85 | * | REO LP Hazard | 1,393.35 | (7,985.64) |
| Jan 2021 | 383.55 | | 636.00 | | * | Hazard | 1,140.90 | (7,985.64) |
| Jan 2021 | | 383.55 | 114.71 | 114.71 | * | FHA MI | 1,026.19 | (7,716.80) |
| Jan 2021 | | | | 124.85 | * | REO LP Hazard | 1,026.19 | (7,841.65) |
| Feb 2021 | 383.55 | 383.55 | 114.71 | 112.26 | * | FHA MI | 1,295.03 | (7,570.36) |
| Feb 2021 | | | | 118.07 | * | REO LP Hazard | 1,295.03 | (7,688.43) |
| Mar 2021 | 383.55 | 383.55 | 114.71 | 112.26 | * | FHA MI | 1,563.87 | (7,417.14) |
| Mar 2021 | | | | 130.15 | * | REO LP Hazard | 1,563.87 | (7,547.29) |
| Mar 2021 | | | | 1,300.08 | * | County Tax | 1,563.87 | (8,847.37) |
| Mar 2021 | | | | 390.73 | * | Lender Placed Hazard | 1,563.87 | (9,238.10) |
| Apr 2021 | 383.55 | | 1,295.03 | | * | County Tax | 652.39 | (9,238.10) |
| Apr 2021 | | 383.55 | 114.71 | 112.26 | * | FHA MI | 537.68 | (8,966.81) |
| Apr 2021 | | | | 126.13 | * | REO LP Hazard | 537.68 | (9,092.94) |
| Apr 2021 | | | | 130.48 | * | Lender Placed Hazard | 537.68 | (9,223.42) |
| May 2021 | 383.55 | | 114.71 | | * | FHA MI | 806.52 | (9,223.42) |
| Jun 2021 | 383.55 | | 114.71 | | * | FHA MI | 1,075.36 | (9,223.42) |
| | | | | | | Anticipated Transactions | 1,075.36 | (9,223.42) |
| May 2021 | | P | | 132.30 | | Lender Placed Hazard | | (9,355.72) |

| | | | | | |
|---|---|---|---|---|---|
| May 2021 | | P | 112.26 | FHA MI | (9,467.98) |
| Jun 2021 | | 4,986.15 P | 112.26 | FHA MI | (4,594.09) |
| Jun 2021 | | P | 132.30 | Lender Placed Hazard | (4,726.39) |
| | $4,602.60 | $8,821.65 | $4,602.58 | $6,688.81 | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.

P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.

Shellpoint Mortgage Servicing  
For Inquiries: (800) 365-7107

Final

Analysis Date: April 30, 2021  
Loan:

## Annual Escrow Account Disclosure Statement - Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account

| Date | Anticipated Payments To Escrow | From Escrow | Description | Escrow Balance Anticipated | Required |
|---|---|---|---|---|---|
| | | | Starting Balance | 6,906.29 | 1,131.32 |
| Jul 2021 | 461.24 | 112.26 | FHA MI | 7,255.27 | 1,480.30 |
| Jul 2021 | | 132.30 | Lender Placed Hazard | 7,122.97 | 1,348.00 |
| Aug 2021 | 461.24 | 112.26 | FHA MI | 7,471.95 | 1,696.98 |
| Aug 2021 | | 132.30 | Lender Placed Hazard | 7,339.65 | 1,564.68 |
| Sep 2021 | 461.24 | 112.26 | FHA MI | 7,688.63 | 1,913.66 |
| Sep 2021 | | 132.30 | Lender Placed Hazard | 7,556.33 | 1,781.36 |
| Oct 2021 | 461.24 | 112.26 | FHA MI | 7,905.31 | 2,130.34 |
| Oct 2021 | | 132.30 | Lender Placed Hazard | 7,773.01 | 1,998.04 |
| Nov 2021 | 461.24 | 112.26 | FHA MI | 8,121.99 | 2,347.02 |
| Nov 2021 | | 132.30 | Lender Placed Hazard | 7,989.69 | 2,214.72 |
| Dec 2021 | 461.24 | 1,300.08 | County Tax | 7,150.85 | 1,375.88 |
| Dec 2021 | | 112.26 | FHA MI | 7,038.59 | 1,263.62 |
| Dec 2021 | | 132.30 | Lender Placed Hazard | 6,906.29 | 1,131.32 |
| Jan 2022 | 461.24 | 112.26 | FHA MI | 7,255.27 | 1,480.30 |
| Jan 2022 | | 132.30 | Lender Placed Hazard | 7,122.97 | 1,348.00 |
| Feb 2022 | 461.24 | 112.26 | FHA MI | 7,471.95 | 1,696.98 |
| Feb 2022 | | 132.30 | Lender Placed Hazard | 7,339.65 | 1,564.68 |
| Mar 2022 | 461.24 | 112.26 | FHA MI | 7,688.63 | 1,913.66 |
| Mar 2022 | | 132.30 | Lender Placed Hazard | 7,556.33 | 1,781.36 |
| Apr 2022 | 461.24 | 1,300.08 | County Tax | 6,717.49 | 942.52 |
| Apr 2022 | | 112.26 | FHA MI | 6,605.23 | 830.26 |
| Apr 2022 | | 132.30 | Lender Placed Hazard | 6,472.93 | 697.96 |
| May 2022 | 461.24 | 112.26 | FHA MI | 6,821.91 | 1,046.94 |
| May 2022 | | 132.30 | Lender Placed Hazard | 6,689.61 | 914.64 |
| Jun 2022 | 461.24 | 112.26 | FHA MI | 7,038.59 | 1,263.62 |
| Jun 2022 | | 132.30 | Lender Placed Hazard | 6,906.29 | 1,131.32 |
| | $5,534.88 | $5,534.88 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year)

Your ending balance from the last month of the account history (escrow balance anticipated) is 6,906.29. Your starting balance (escrow balance required) according to this analysis should be $1,131.32. This means you have a surplus of 5,774.97. This surplus must be returned to you unless it is less than $50.00, in which case we have the option of retaining in your escrow account. it and lowering your monthly payments accordingly. As the loan is delinquent, we will not be sending a check for the surplus. A check will be mailed within 30 days from the date of the analysis if your loan is current.

We anticipate the total of your coming year bills to be 5,534.88. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---|
| Unadjusted Escrow Payment | $461.24 |
| Surplus Reduction: | $0.00 |
| Shortage Installment: | $0.00 |
| Rounding Adjustment Amount: | $0.00 |
| Escrow Payment: | $461.24 |

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt, please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicab bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against t collateral property, which has not been discharged in your bankruptcy.

**Notice of Error or Information Request Address**

You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your lo or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Information Request, please write to us at the following address

Shellpoint Mortgage Servicing  
PO Box 10826  
Greenville, SC  29603 0826